IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WALLACE, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-4703 |
| v. | : | |
| THE COMMONWEALTH, | : | |
| LEHIGH COUNTY CHILDREN AND | : | |
| YOUTH SERVICES, | : | |
| Defendants | : | |

**ORDER**

AND NOW, this ___ day of July, 2002, upon consideration of plaintiff's pro se complaint, "Organized Crime Against Children, Parents, and Families," it is hereby ORDERED that plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

For the most part the complaint is frivolous. To the degree that the complaint is intelligible, all the issues raised in plaintiff's complaint can be raised in the ongoing state juvenile court proceedings in an attempt to persuade that court not to order the youth service agency ("LCOCYS") to file a petition for termination of parental rights: e.g., (a) that the lack of effort at family reunification by LCOCYS must preclude any termination action, 42 PA. CONS. STAT. § 6351(f)(9)(iii); (b) that the lack of proper housing and medical care are the reasons for dysfunction in the family, and are beyond the control of the plaintiff; (c) that such essential services have been requested but not provided in aid of reunification of the family, Id.;

and, (d) that the mental and emotional health of plaintiff's children requires that they be returned to their parents. 42 PA. CONS. STAT. § 6351(g)(2).

.[1]

BY THE COURT:

_____
JAMES T. GILES         C.J.

copies by FAX on
to

---

[1] The only claims before this court are those in the pro se petition seeking injunctive relief. Potential claims under 42 U.S.C. § 1983 are not considered by this disposition.