IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN WALLACE,                    :    CIVIL ACTION
Plaintiff,                       :    NO. 02-4703
                                 :
                                 :
            v.                   :
                                 :
THE COMMONWEALTH,                :
LEHIGH COUNTY CHILDREN AND       :
YOUTH SERVICES,                  :
Defendants                       :

**<u>ORDER</u>**

AND NOW, this 13th day of August, 2002, it is hereby

ORDERED that plaintiff's "Subpoena Duces Tecum Request," Docket

#3, is DENIED.  The court has no jurisdiction over this matter.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to